IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID C.,

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.

Case No. 6:17-cv-01369-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas Coffin filed a Findings and Recommendation, ECF No. 18, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Defendant filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations. Magistrate Judge Coffin's Findings and Recommendation, ECF No. 18, is ADOPTED in full. The Commissioner's decision is REVERSED and this matter is remanded for further proceedings as noted in the Findings and Recommendation.

IT IS SO ORDERED.

        DATED this 23rd day of October, 2018.

                                        /s/ Michael McShane
                                          Michael McShane
                                      United States District Judge